# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHARLENE GORDON

VERSUS

THE CITY OF PORT ALLEN, ESDRON
BROWN IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY, BRIANT LANDRY,
IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY, CASEY WILLIAMS IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY,
BARBARA HENDERSON, SONYA JENKINS,
SCHOOL TRANSPORTATION SPECIALISTS,
L.L.C., SCHOOL TRANSPORTATION
SYSTEM, L.L.C., JOHN DOE SCHOOL
BUS TRANSPORTATION COMPANY AND ABC
INSURANCE COMPANY

NO.   2025 CW 0007

**MARCH 14, 2025**

---

In Re:   City of Port Allen, Chief Esdron Brown, Officer Briant
Landry, and Officer Casey Williams, applying for
supervisory writs, 18th Judicial District Court, Parish
of West Baton Rouge, No. 1043612.

---

**BEFORE:   THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to comply with Rule 4-5(C)(6), (8) and (9) of the Uniform Rules of Louisiana Courts of Appeal, as it failed to include a copy of the signed judgment, defendants' original exception of prescription, memorandum in support and attachments thereto, plaintiff's original memorandum in opposition to the exception of prescription and attachments thereto, and exhibit(s) attached to plaintiff's petition. In addition, this court requires a copy of all evidence introduced at the hearing by both parties.

Supplementation of this writ application and/or an application of rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before April 3, 2025, and must contain a copy of the ruling.

**MRT**
**CHH**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT